UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>                    Plaintiff,<br><br>         -against-<br><br>XLR8, LLC and 92 ALLEN LLC,<br><br>                    Defendants. | 24-cv-3015 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Per the case management plan in this case, the parties were required to file any post-discovery judgment motions by January 10, 2025. Neither party has moved for summary judgment. Accordingly, by January 31, 2025, the parties must submit a joint letter proposing trial dates in March or April.

    SO ORDERED.

Dated: January 27, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                              United States District Judge