UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-against-

XLR8, LLC and 92 ALLEN LLC,

                Defendants.

24-cv-3015 (AS)

<u>ORDER</u>

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's February 11, 2025 Order, ECF No. 20, the parties were required to provide additional trial dates in June by February 14, 2025. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to February 21, 2025.

    SO ORDERED.

Dated: February 18, 2025
       New York, New York

                                    ARUN SUBRAMANIAN
                                    United States District Judge