UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>                             Plaintiff,<br><br>          -against-<br><br>XLR8, LLC and 92 ALLEN LLC,<br><br>                             Defendants. | 24-cv-3015 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's February 24, 2025 Order, Dkt. 23, the parties were required to file their pretrial materials by June 6, 2025, at 5:00 PM. To date, the parties have not done so. As a courtesy, the deadline is hereby extended, *nunc pro tunc*, to **June 11, 2025**.

      SO ORDERED.

Dated: June 9, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                          United States District Judge