**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NAMEL NORRIS,                                                    CASE NO: 1:24-cv-03015-AS

    Plaintiff,

vs.

XLR8, LLC, a New York limited liability
company, d/b/a EMMA PEEL ROOM BAR
& PUB, and 92 ALLEN LLC, a New York
limited liability company,

    Defendants.

_____/

## <u>NOTICE OF SETTLEMENT</u>

COME NOW Plaintiff, NAMEL NORRIS, and Defendants, XLR8, LLC, a New York limited liability company, d/b/a EMMA PEEL ROOM BAR & PUB, and 92 ALLEN LLC, a New York limited liability company, by and through their respective undersigned counsel, and hereby notify this Honorable Court that full settlement has been reached in the above-styled case, which shall result in the dismissal of all parties and the entire case.  The settlement agreement has been circulated, and the parties shall file a Stipulation of Dismissal With Prejudice shortly thereafter. The parties hereby respectfully jointly request that a thirty (30) day Order of Dismissal be issued in this matter, and that the pending deadlines and the June 23, 2025 mediation [D.E. 33] please be cancelled.

    Dated: This 20th day of June, 2025.

By:  /S/ B. Bradley Weitz               By:  /S/ Steven DiSiervi
    Ben-Zion Bradley Weitz, Esq.             Steven DiSiervi, Esq.
    The Weitz Law Firm, P.A.              Abrams, Gorelick, Friedman
    Bank of America Building              & Jacobson, P.C
    18305 Biscayne Blvd., Suite 214        One Battery Park Plaza, Fourth Floor
    Aventura, Florida 33160               New York, NY 10004
    Telephone: (305) 949-7777           Telephone: (212) 422-1200
    Facsimile: (305) 704-3877            Facsimile: (212)-968-7573
    Email: bbw@weitzfirm.com            Email: sdisiervi@agfjlaw.com
    *Counsel for Plaintiff*                  *Counsel for Defendants*