**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NAMEL NORRIS,

        Plaintiff,

vs.

XLR8, LLC, a New York limited liability
company, d/b/a EMMA PEEL ROOM BAR &
PUB, and 92 ALLEN LLC, a New York
limited liability company,

        Defendants.

_____/

CASE NO. 1:24-cv-03015-AS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, NAMEL NORRIS, and Defendants, XLR8, LLC, a New York limited liability company, d/b/a EMMA PEEL ROOM BAR & PUB, and 92 ALLEN LLC, a New York limited liability company, who, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 19th day of August, 2025

By: _____
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Fax: (305) 704-3877
    Email: bbw@weitzfirm.com
    *Attorneys for Plaintiff*

By: _____
    Steven DiSiervi, Esq.
    Abrams, Gorelick, Friedman & Jacobson, P.C
    One Battery Park Plaza, Fourth Floor
    New York, NY 10004
    Telephone: (212)422- 1200
    Fax: (212) 968-7573
    Email: SDisiervi@agfjlaw.com
    *Attorney for Defendants*

**SO ORDERED:**

_____
Arun Subramanian, U.S.D.J.

Dated: _____